**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOEL PRICE,

        Plaintiff,

v.                                                                                    Case No:  6:19-cv-280-Orl-40DCI

MILLER'S ALE HOUSE, INC.,

        Defendant.

_____/

## <u>ORDER</u>

This cause comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 18), September 10, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

        **DONE AND ORDERED** in Orlando, Florida on September 11, 2019.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2

**DONE AND ORDERED** in Orlando, Florida on September 11, 2019.


Copies furnished to:

Counsel of Record
Unrepresented Parties